UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WALTER CHRISTIAN,

    Plaintiff,

v.                              CASE NO. 3:23-cv-231-HES-MCR

T.K. WATERS, in his official capacity
as Sheriff of the Consolidated City of
Jacksonville, Florida; A.W. YOHN,
Individually; T.A. PRICE, Individually;
and A.B. MATTHEWS, Individually,

    Defendants.
_____/

## ORDER

This matter is before this Court on a "Joint Stipulation of Dismissal" (Dkt. 29).

Accordingly, it is **ORDERED**:

1. Based on Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties "Joint Stipulation of Dismissal" (Dkt. 29) is **GRANTED**, and this action is **dismissed with prejudice,** with each party to bear their own costs and attorney's fees; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of July 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jonathan B.B. Lucas, Esq.
David H Willis, Esq.
Sean Bryan Granat, Esq.
Mary Margaret Giannini, Esq.